1  Warren R. Paboojian, No. 128462
   wrp@bplaw-inc.com
2  Adam B. Stirrup, No. 257683
   abs@bplaw-inc.com
3  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
4  Fresno, California 93711
   Telephone: (559) 431-5366
5  Facsimile: (559) 431-1702

6  Attorneys for Plaintiffs
   KELLY LEONI; ASHLEY LEONI;
7  and JARROD LEONI

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KELLY LEONI; ASHLEY LEONI; and JARROD LEONI, | Case No. 2:18-cv-8088-R-JEM (Los Angeles Superior Court Case No. BC714457) |
| Plaintiffs, | **ORDER RE: VOLUNTARY DISMISSAL** |
| vs. | |
| LOWE'S HOME CENTERS, LLC; NICOLAS LAURENT APPERT; and DOES 1 to 25, inclusive, | |
| Defendants. | |
| LOWE'S HOME CENTERS, LLC, | |
| Cross-Complainant, | |
| v. | |
| NICOLAS LAURENT APPERT and ROES 1 through 50, inclusive, | |
| Cross-Defendants. | |

In light of the stipulation of the parties, this entire action has been terminated, Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), and the entire action is HEREBY ORDERED dismissed with prejudice and without an award of costs or attorney's fees.

///

///

ORDER RE: VOLUNTARY DISMISSAL     1     FILE NO. 2236

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Federal Rules of Civil Procedure, Rule 41 (a).

IT IS SO ORDERED.

Dated: November 5, 2019

*Gary Klausner*
United States District Judge